# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DEMARCUS DEANTWON TAYLOR #2024050096/57962** | **CIVIL ACTION NO. 24-cv-362 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 21] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the claims of Plaintiff Demarcus Deantwon Taylor against Sheriff Steve Prator are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

MONROE, LOUISIANA, this the 28th day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE