UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DEMARCUS DEANTWON TAYLOR #2024050096/57962** | **CIVIL ACTION NO. 24-cv-362 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA ET AL** | **MAGISTRATE JUDGE HORNSBY** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 37] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Deputy Ruffin's Motion for Summary Judgment [Doc. No. 32] is **GRANTED** and that all claims against Deputy Theressa Ruffin are **DISMISSED WITH PREJUDICE**. All claims against all defendants have now been resolved, so this is the final judgment. The clerk of court is directed to close this case.

**MONROE, LOUISIANA**, this the 20th day of May 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE